Filed 9/24/25  In re Wehling CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re<br><br>MICHAEL WEHLING,<br><br>On Habeas Corpus. | F090132<br><br>(Stanislaus Super. Ct. No. CR-24-011025)<br><br>**OPINION** |

### THE COURT[*]

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Jennifer Jennison, Stanislaus County Public Defender, Karen Kelly and Franz Criego, Deputy Public Defenders, for Petitioner.

Rob Bonta, Attorney General, and Hannah Janigian Chavez, Deputy Attorney General, for Respondent.

-ooOoo-

This petition seeks a belated appeal from an April 2, 2025 judgment rendered in the Stanislaus County Superior Court.  Petitioner urges this court to apply the constructive filing doctrine to permit such a belated filing.

Petitioner's trial counsel declares that he expressly agreed to file a notice of appeal on petitioner's behalf, but failed to do so within the requisite time period.

---

[*]      Before Detjen, A. P. J., Snauffer, J. and, Fain, J.[†]

[†]      Judge of the Fresno Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

In response to this court's request to file an informal response, the Attorney General expressed no opposition to requested relief. Pursuant to the Attorney General's response, this court may grant relief without further proceedings. (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

In addition to the Attorney General's nonopposition, petitioner demonstrates to this court's satisfaction that application of the constructive filing doctrine is proper. (*In re Benoit* (1973) 10 Cal.3d 72.) This court notes, however, that after the Attorney General filed his nonopposition but before such permission had been granted in this petition, petitioner's counsel submitted a notice of appeal on September 12, 2025, which the clerk of the superior court accepted. For reasons unknown and contrary to California Rules of Court, rule 8.308(d), the superior court filed the untimely notice of appeal, which has now been assigned case No. F090450 by this court. Counsel's and the clerk's improvident filing notwithstanding, this court nevertheless grants petitioner's request to file a belated notice of appeal.

## DISPOSITION

Let a writ of habeas corpus issue directing the Clerk of the Stanislaus County Superior Court to deem the notice of appeal received on September 12, 2025, 163 days after the April 2, 2025 judgment, in case No. CR-24-011025, which has been designated in this court as case No. F090450, as timely filed, and to proceed with preparing the record in accordance with the applicable rules of court. The superior court is further directed to adhere to California Rules of Court, rule 8.308(d) upon receiving untimely notices of appeal in criminal matters.

The Clerk/Executive Officer of this court is directed to forward a copy of this opinion to the Stanislaus County Superior Court.

This opinion is final forthwith as to this court.

2